[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-13722
Non-Argument Calendar
_____

D.C. Docket No. 2:12-cr-14017-DLG-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARGARITO ARGUELLO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 6, 2013)

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Timothy Cone, appointed counsel for Margarito Arguello in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Arguello's conviction and sentence are **AFFIRMED**.